UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-60262-CIV-ZLOCH/OTAZO-REYES

ANDREW STEWART,

      Plaintiff,

vs.

U.S.A. AUTO CARE, INC., et al.,

      Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

THIS CAUSE came before the Court upon the Plaintiff's Motion to Compel Better Discovery Responses [D.E. 30]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable William J. Zloch, United States District Judge [D.E. 37].

In his Motion to Compel, Plaintiff seeks an order compelling Defendants, U.S.A. Auto Care, Inc. and Nour Albandakji (collectively, "Defendants"), to provide a full and complete response to Interrogatory No. 11 of his First Set of Interrogatories [30-1 at 16]. According to Plaintiff, Defendants have raised unreasonable objections to the interrogatory. Plaintiff also seeks an award of no less than $1,050 in attorney's fees.

Defendants did not file a memorandum in opposition to the Motion to Compel, as required by Rule 7.1 of the Local Rules for the Southern District of Florida. The Rule further provides that failure to respond to a motion "may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). As a result, on October 9, 2012, the undersigned issued an Order to Show Cause directing Defendants to show cause on or before October 23, 2012, why Plaintiff's Motion to Compel should not be granted by default [D.E. 38]. Defendants did not comply with the Order to Show Cause.

Based on the foregoing, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Compel Better Discovery Responses [D.E. 30] is **GRANTED IN PART** by default. Accordingly, it is further

**ORDERED AND ADJUDGED** that:

1. Defendants shall provide a complete response to Plaintiff's Interrogatory No. 11 on or before **November 28, 2012**; and

2. Plaintiff's request for attorney's fees is **DENIED without prejudice**. Plaintiff may renew the request at the conclusion of the case.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of November, 2012.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   U.S. District Judge William J. Zloch
      Counsel of Record